# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SOUTHEAST READY MIX, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARGOS NORTH AMERICA CORP. f/k/a ARGOS USA CORP, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02792-ELR |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' AMENDED COMPLAINT AND COMMENCE WRITTEN DISCOVERY

Defendants and Plaintiffs ("Defendants," "Plaintiffs," and collectively "Parties") in the above-captioned case hereby jointly move the Court for an extension of time for Defendants to respond to Plaintiffs' Amended Complaint up to and through October 26, 2018. The deadline to respond to the Amended Complaint is currently September 7, 2018. The Parties further consent to extend the commencement of written discovery, and serve their initial disclosures under Fed. R. Civ. P. 26(a), on October 26, 2018.

Respectfully submitted this 5th day of September, 2018.

| | |
|---|---|
| */s/ Kurt E. Lentz* <br> Kurt E. Lentz | */s/ Richard L. Robbins* <br> Richard L. Robbins |

1

<div style="columns:2">

Georgia Bar No. 804355
klentz@mcguirewoods.com
MCGUIREWOODS LLP
Suite 2100, Promenade
1230 Peachtree Street NE
Atlanta, GA 30309-3534
Telephone: 404.443.5739
Telecopier: 404.443.5797

Howard Feller
hfeller@mcguirewoods.com
Nicholas J. Giles
ngiles@mcguirewoods.com
J. Brent Justus
bjustus@mcguirewoods.com
Casey E. Lucier
clucier@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
*Attorneys for Defendants*
*Argos North America Corp. and*
*Argos Ready Mix, LLC*

Brittany Cambre
brittanycambre@eversheds-Sutherland.com
James R. McGibbon
jimmcgibbon@eversheds-Sutherland.com
Yvonne M. Williams-Wass
yvonnewass@eversheds-Sutherland.com
Eversheds Sutherland (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
*Attorneys for Defendants*

Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Rachel F. Gage
Georgia Bar No. 547982
rgage@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield, LLC
999 Peachtree Street NE, Suite 1120
Atlanta, GA 31401
Telephone: 678.701.9381
Telecopier: 404.856.3251

and

Jarod M. Bona
*(Admitted Pro Hac Vice)*
Jarod.bona@bonalawpc.com
Aaron R. Gott
*(Admitted Pro Hac Vice)*
Aaron.gott@bonalawpc.com
Steven Levitsky
*(Admitted Pro Hac Vice)*
Steven.levitsky@bonalawpc.com
Bona Law, PC
4275 Executive Square
La Jolla, CA 92937
*Attorneys for Plaintiffs*
*Southeast Readymix, LLC*
*And Mayson Concrete, Inc.*

</div>

2

*Cemex Materials, LLC, Cemex, Inc.
and Cemex Southeast, LLC*

David Michael Burkoff
dburkoff@huntermaclean.com
Hunter Maclean Exley & Dunn
P.O. Box 9848
200 E. Saint Julian St.
Savannah, GA 31412
*Attorney for Defendant Coastal
Concrete Southeast II, LLC*

Robert M. Brennan
bbrennan@phrd.com
Katrina Leigh Hodges
khodges@phrd.com
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
*Attorneys for Defendants
Elite Concrete Holdings, LLC,
Elite Concrete LLC, and
Elite Concrete of SC, LLC*

Jeffrey W. DeLoach
jeff@ehdhlaw.com
Epps, Holloway, DeLoach
& Hoipkemier, LLC
Building 200-101
1220 Langford Dr.
Watkinsville, GA 30677
*Attorney for Defendant
Evans Concrete, LLC*

Jennifer Greenblatt
jgreenblatt@goldmanismail.com
Tarek Ismail

3

Tismail@goldmanismail.com
Goldman Ismail Tomaselli
Brennan & Baum, LLP
564 W. Randolph Street
Suite 400
Chicago, IL 60661

Seth A. Litman
Seth.Litman@thompsonhine.com
Thompson Hine LLP
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, GA 30326
*Attorneys for Defendant*
*Holcim (US) Inc.*

Gregory R. Hanthorn
ghanthorn@jonesday.com
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309

Geoffrey D. Oliver
gdoliver@jonesday.com
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
*Attorneys for Defendants*
*Thomas Concrete of Georgia, Inc.*
*Thomas Concrete of South Carolina,*
*Inc., and Thomas Concrete, Inc.*

# CERTIFICATE OF SERVICE AND
# COMPLIANCE WITH LOCAL RULE 5.1B

I HEREBY CERTIFY that on this 5th day of September, 2018, I electronically filed the *CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' AMENDED COMPLAINT AND COMMENCE WRITTEN DISCOVERY*, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>/s/ Kurt E. Lentz
>Kurt E. Lentz
>Georgia Bar No. 804355
>klentz@mcguirewoods.com
>McGuireWoods LLP
>Suite 2100, Promenade
>1230 Peachtree Street NE
>Atlanta, GA 30309-3534
>Telephone: 404.443.5739
>Telecopier: 404.443.5797
>*Attorney for Defendants*
>*Argos North America Corp. and*
>*Argos Ready Mix, LLC*

106864884_1