# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA GEORGIA

| | |
|---|---|
| Southeast Ready Mix, LLC et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> Argos North America Corp. et al., <br><br> *Defendants.* | Civil Action No.: 1:17-cv-02792-ELR |

## ORDER

This matter is before the Court on Plaintiffs Southeast Ready Mix, LLC and Mason Concrete, Inc. and Defendant Evans Concrete Holdings, Inc.'s Joint Motion to Dismiss Defendant Evans Concrete Holdings, Inc. only from this action, without prejudice. IT IS HEREBY ORDRED that the Motion is GRANTED.

SO ORDERED, this 18th day of December, 2018.

_____
The Honorable Eleanor L. Ross