# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| SOUTHEAST READY MIX, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARGOS NORTH AMERICA CORP. F/K/A ARGOS USA CORP., et al., <br><br> Defendants. | Civil No. 1:17-CV-02792-ELR |

## ORDER STAYING DISCOVERY

Upon consideration of Intervenor United States' Motion for Limited Discovery Stay and Memorandum and the sealed *ex parte* Declaration in support thereof, it is hereby ORDERED that the motion is GRANTED and that all discovery shall be stayed for a period of six months, until July 22, 2019, or further order of this Court.

SO ORDERED, this 22nd day of January, 2019.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia