# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SOUTHEAST READY MIX, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARGOS NORTH AMERICA CORP. F/K/A ARGOS USA CORP., et al.,<br><br>Defendants. | Civil No. 1:17-CV-02792-ELR |

## INTERVENOR UNITED STATES' UNOPPOSED MOTION TO EXTEND ORDER STAYING DISCOVERY

Intervenor United States of America respectfully submits the instant motion to extend the Court's January 22, 2019 Order staying discovery in this matter. At present, the United States' criminal investigations into the concrete and cement industry remain ongoing. To protect the integrity of these investigations and avoid interference with potential witnesses and evidence, the United States seeks an additional six-month stay, without prejudice to seek further relief if so warranted. In support of its motion, the United States submits an accompanying memorandum of law. Additionally, the United States will submit an original copy of the signed

1

declaration of Mark C. Grundvig to the Court *ex parte*, with the accompanying motion and memorandum of law seeking leave to file under seal, which government has also filed electronically.

The United States has conferred with counsel for all parties and represents that this motion is unopposed.

Respectfully submitted this 19th day of July, 2019.

        */s/ Somadinna Nwokolo*
        Somadinna Nwokolo
        Florida Bar No. 120126
        Matthew Stegman
        D.C. Bar No. 1015677

        Trial Attorneys
        Washington Criminal II Section
        U.S. Department of Justice
        Antitrust Division
        450 5th Street, N.W.
        Washington D.C. 20001
        Tel: (202) 598-2438
        Fax: (202) 598-2428
        Somadinna.Nwokolo@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date electronically filed the foregoing Intervenor United States' Unopposed Motion to Extend Order Staying Discovery with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record for all parties to this action.

*/s/ Somadinna Nwokolo*
Somadinna Nwokolo
Florida Bar No. 120126
Trial Attorney
Washington Criminal II Section
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington D.C. 20001
Tel: (202) 598-2438
Fax: (202) 598-2428
Somadinna.Nwokolo@usdoj.gov

## **CERTIFICATE OF FONT AND POINT SELECTION**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing Intervenor United States' Unopposed Motion to Extend Order Staying Discovery has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

*/s/ Somadinna Nwokolo*
Somadinna Nwokolo
Florida Bar No. 120126
Trial Attorney
Washington Criminal II Section
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington D.C. 20001
Tel: (202) 598-2438
Fax: (202) 598-2428
Somadinna.Nwokolo@usdoj.gov
