# EXHIBIT A

### RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR [IMAN-IMANAGE.FID5424]

**Jon Cieslak** <Jon.Cieslak@bonalawpc.com>
Wed 12/7/2022 10:42 AM

To: Bob Brennan <bbrennan@phrd.com>;Justin P. Gunter <jgunter@phrd.com>
Cc: Aaron Gott <aaron.gott@bonalawpc.com>;Matthew Riley <matthew.riley@bonalawpc.com>

Bob,

Thank you for the update. And just to confirm, Plaintiffs will oppose the motion.



**Jon Cieslak | Partner**
(office) 858.964.4589 | (mobile) 619.540.2162
bonalaw.com
4275 Executive Square, Suite 200 | La Jolla, CA 92037

---

**From:** Bob Brennan <bbrennan@phrd.com>
**Sent:** Wednesday, December 7, 2022 6:24 AM
**To:** Jon Cieslak <Jon.Cieslak@bonalawpc.com>; Justin P. Gunter <jgunter@phrd.com>
**Cc:** Aaron Gott <aaron.gott@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR [IMAN-IMANAGE.FID5424]

Jon,

Thank you for following up. This fell off of our radars in the lead up to the Thanksgiving holiday week.

We've reviewed your proposal, but our client has decided to maintain his objections at this time. Since we have a disagreement concerning whether discovery should proceed while the motion to dismiss is pending, Mr. Baird will be filing a motion to stay discovery with the Court. We will proceed to prepare and file that motion, and will note in the motion that we understand that Plaintiffs intend to oppose the motion.

Best Regards,

Bob

**Bob Brennan**, Partner

d: 404 681 5969
m: 404 642 6393
e: bbrennan@phrd.com

parker hudson

**From:** Jon Cieslak <Jon.Cieslak@bonalawpc.com>
**Sent:** Thursday, December 1, 2022 4:08 PM
**To:** Justin P. Gunter <jgunter@phrd.com>; Bob Brennan <bbrennan@phrd.com>
**Cc:** Aaron Gott <aaron.gott@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR [IMAN-IMANAGE.FID5424]

Bob and Justin,

I'm following up on my email below. Please provide your position promptly so we can proceed accordingly.



**Jon Cieslak | Partner**
(office) 858.964.4589 | (mobile) 619.540.2162
bonalaw.com
4275 Executive Square, Suite 200 | La Jolla, CA 92037

**From:** Jon Cieslak
**Sent:** Wednesday, November 16, 2022 1:20 PM
**To:** Justin P. Gunter <jgunter@phrd.com>; Bob Brennan <bbrennan@phrd.com>
**Cc:** Aaron Gott <aaron.gott@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR

Bob and Justin,

Thank you for your time to discuss Mr. Baird's position on discovery. As we discussed, we are willing to compromise somewhat on our position that Mr. Baird is obligated to fully participate in discovery. We propose that:

1. Mr. Baird provide responses to requests for production 2, 10, and 11 within 30 days; and
2. Upon the denial of Mr. Baird's motion to dismiss, he would provide substantive responses to Plaintiffs' interrogatories within 21 days and the remainder of Plaintiffs' requests for production within 30 days.

If Mr. Baird agrees to this proposal, Plaintiffs will forego the remainder of their discovery requests until the Court rules on the motion to dismiss.

If this proposal is not acceptable, please let us know your position on how to present the discovery dispute to the Court.

Best,

**Jon Cieslak | Partner**



(office) 858.964.4589 | (mobile) 619.540.2162
bonalaw.com
4275 Executive Square, Suite 200 | La Jolla, CA 92037

**From:** Jon Cieslak
**Sent:** Thursday, November 10, 2022 1:47 PM
**To:** Justin P. Gunter <jgunter@phrd.com>; Bob Brennan <bbrennan@phrd.com>
**Cc:** Aaron Gott <aaron.gott@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR

Thanks, Justin. I'll circulate a dial-in.



**Jon Cieslak | Partner**
(office) 858.964.4589 | (mobile) 619.540.2162
bonalaw.com
4275 Executive Square, Suite 200 | La Jolla, CA 92037

**From:** Justin P. Gunter <jgunter@phrd.com>
**Sent:** Thursday, November 10, 2022 12:26 PM
**To:** Jon Cieslak <Jon.Cieslak@bonalawpc.com>; Bob Brennan <bbrennan@phrd.com>
**Cc:** Aaron Gott <aaron.gott@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR

Jon,

After 4:00 ET on Wednesday works for us. Would you like to circulate a dial-in or shall I?

Best,

**Justin P. Gunter**, Associate

d: 404 420 4315
t: 404 523 5300
e: jgunter@phrd.com



**From:** Jon Cieslak <Jon.Cieslak@bonalawpc.com>
**Sent:** Wednesday, November 9, 2022 1:31 PM
**To:** Justin P. Gunter <jgunter@phrd.com>; Bob Brennan <bbrennan@phrd.com>
**Cc:** Aaron Gott <aaron.gott@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR

Justin,

I'm pairing down the distribution to just the folks who need to be in the loop from our side.

Unfortunately, Friday does not work for us, nor does Monday or Tuesday next week. We're available after 4:00 ET on Wednesday (11/16) or 12:00-2:00 ET on Thursday (11/17). Does any of that work for you?

Thanks.



**Jon Cieslak | Partner**
(office) 858.964.4589 | (mobile) 619.540.2162
bonalaw.com
4275 Executive Square, Suite 200 | La Jolla, CA 92037

---

**From:** Justin P. Gunter <jgunter@phrd.com>
**Sent:** Tuesday, November 8, 2022 5:55 AM
**To:** Lisa Mittwol <Lisa.Mittwol@bonalawpc.com>; Bob Brennan <bbrennan@phrd.com>
**Cc:** 'Richard Robbins' <Richard.Robbins@robbinsfirm.com>; 'Rachel Gage' <Rachel.Gage@robbinsfirm.com>; Aaron Gott <aaron.gott@bonalawpc.com>; Jarod Bona <jarod.bona@bonalawpc.com>; Jon Cieslak <Jon.Cieslak@bonalawpc.com>; Kristen Harris <Kristen.Harris@bonalawpc.com>; Luis Blanquez <luis.blanquez@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>; Gabriela Hamilton <gabriela.hamilton@bonalawpc.com>
**Subject:** RE: Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR

Counsel,

We'd be glad to schedule a follow-up call to get up to speed. Unfortunately, our schedules are already fairly congested this week. Would you have any availability Friday afternoon?

Best Regards,

**Justin P. Gunter**, Associate

d: 404 420 4315
t: 404 523 5300
e: jgunter@phrd.com



---

**From:** Lisa Mittwol <Lisa.Mittwol@bonalawpc.com>
**Sent:** Friday, November 4, 2022 4:26 PM
**To:** Bob Brennan <bbrennan@phrd.com>; Justin P. Gunter <jgunter@phrd.com>
**Cc:** 'Richard Robbins' <Richard.Robbins@robbinsfirm.com>; 'Rachel Gage' <Rachel.Gage@robbinsfirm.com>; Aaron Gott <aaron.gott@bonalawpc.com>; Jarod Bona <jarod.bona@bonalawpc.com>; Jon Cieslak <Jon.Cieslak@bonalawpc.com>; Kristen Harris

<Kristen.Harris@bonalawpc.com>; Luis Blanquez <luis.blanquez@bonalawpc.com>; Matthew Riley <matthew.riley@bonalawpc.com>; Gabriela Hamilton <gabriela.hamilton@bonalawpc.com>
**Subject:** Southeast Ready Mix et al. v. Argos et al., Civil Action No.:17-cv-02792-ELR

Counsel,

Attached please find correspondence from Jon Cieslak.



Lisa Mittwol | Senior Paralegal
m. 201.470.7466 | bonalaw.com
287 Park Avenue South Suite 422 | New York, NY 10010