IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHEAST READY MIX, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARGOS NORTH AMERICA CORP., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-02792-ELR-RDC |

## ORDER

This case was referred to the undersigned in October 2022 to resolve several discovery disputes. (*See* Doc. 298). Those disputes have been resolved, and following consultation with the referring District Judge, the undersigned **DIRECTS** the Clerk to terminate the reference to the undersigned Magistrate Judge.

IT IS SO **DIRECTED** on this 1st day of May 2024.

REGINA D. CANNON
United States Magistrate Judge